**Order entered March 12, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00819-CV

**PAUL YODER SHULTZ, JR., Appellant**

**V.**

**JENNIFER ROYAL SHULTZ, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-13529**

### ORDER

Before the Court is appellee's March 10, 2021 unopposed second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 26, 2021.

/s/     CRAIG SMITH
        JUSTICE